IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ O.C.

05 MAY 25 PM 5: 22

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| GERALD BOWEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.   04-2575 D/An |
| | ) | |
| WORLDWIDE MORTGAGE CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER DENYING MOTION FOR PROTECTIVE ORDER

Before the Court is Defendant Homecoming Financial Network, Inc.'s ("Homecoming") Objections to Initial Disclosures and Motion for Protective Order filed on January 10, 2005. The Court entered an Order Granting Homecoming's Motion to Compel Arbitration; therefore, the instant Motion for Protective Order is **DENIED** as moot.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 25, 2005

1

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 5-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02575 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Eric Sargent
8617 Cedar Crest Lane
Olive Branch, MS 38654

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Patrick Ryan Beckett
BUTTER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Honorable Bernice Donald
US DISTRICT COURT