**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 SEP -8 PM 5: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |  |
|---|---|---|---|
| GERALD and PATRICIA BOWEN, | ) | | |
| | ) | | |
| **Plaintiffs,** | ) | | |
| | ) | | |
| **vs.** | ) | No. | **04-2575** |
| | ) | | |
| **WORLDWIDE MORTGAGE** | ) | | |
| **CORPORATION, et al.,** | ) | | |
| | ) | | |
| **Defendants.** | ) | | |

---

## ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

---

Before the Court is Defendants' Motion to Extend Time Within Which to Answer or

Otherwise Respond to Plaintiffs' Complaint filed on August 25, 2005. For good cause shown,[1]

the Motion is **GRANTED**. Defendants shall have eleven (11) days from entry of this order to

file an answer or other responsive pleading in response to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

*S. Thomas Anderson*

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: *September 08, 2005*

---

[1]The Defendants were served with Plaintiffs' Summons and Complaint on July 27, 2004. The only cause given by Defendants for the failure to timely file an Answer or other responsive pleading, however, is that counsel for Defendants and Plaintiffs are involved in seven other lawsuits with identical allegations and therefore counsel have treated the matters as equally joined.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on ___9-13-05___

42

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CV-02575 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Eric Sargent
8617 Cedar Crest Lane
Olive Branch, MS 38654

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Patrick Ryan Beckett
BUTTER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Honorable Bernice Donald
US DISTRICT COURT