IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**EDGAR JOHNSON,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.,**

    Defendants.

Case No.: 03-2567 D

---

**BOBBIE CARR,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.,**

    Defendants.

Case No. 03-2569 D

---

**CHARLENE SPINKS,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.**

Case No. 04-2568 D

---

**GERALD BOWEN, et al.,**

    Plaintiff,

v.

**WORLDWIDE MORTGAGE CORP., et al.**

Case No. 04-2575 D

---

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

**CHARLESETTA BEARD,**

    Plaintiff,                                               Case No. 04-2183 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**BARBARA WILLINGHAM,**

    Plaintiff,                                               Case No. 04-2391 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**ELIZABETH PITCHFORD,**

    Plaintiff,                                               Case No. 05-2743 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**LILLY LEWIS,**

    Plaintiff,                                               Case No. 05-2524

v.

**MEMPHIS FINANCIAL SERVICES, INC., et al.**

---

ORDER REFERRING CASE TO MEDIATION

---

By consent of the parties, the above cases are hereby referred to Attorney Arnold Perl of the law firm of Young and Perl for mediation. The mediator will assess the particular needs of each case to determine the specific needs of the parties.

**IT IS SO ORDERED** this ___16___ day of ___November___, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CV-02575 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Eric Sargent
8617 Cedar Crest Lane
Olive Branch, MS 38654

Patrick Ryan Beckett
BUTTER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Patrick Ryan Beckett
BUTTER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Eric Sargent
8617 Cedar Crest Lane
Olive Branch, MS 38654

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT