UNI UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 DEC 21  AM 9: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**GERALD AND PATRICIA BOWEN,**

   Plaintiff,

v.                                                                NO:   04-2575 D/A

**WORLDWIDE MORTGAGE CORP.,
HOME TECH SERVICES CO., INC.,
DECISION ONE MORTGAGE CORP.
HOMECOMINGS FINANCIAL NETWORK,
AMERICAN TITLE COMPANY,
EQUITY SAVINGS CORPORATION,
ECONOMIC ADVANTAGES CORPORATION,
ERIC SARGENT, EARNEST WELLS, EARNEST
WELLS, Jr., SANDRA WELLS, FARO JEFFRIES,
NINA TOWNES**

### ORDER GRANTING MOTION OF EVAN NAHMIAS, LOYS A JORDAN AND THE LAW FIRM OF MCDONALD KUHN, PLLC TO WITHDRAW AS COUNSEL FOR WORLDWIDE MORTGAGE CORP., HOME TECH SERVICES CO., INC, EQUITY SAVINGS CORPORATION, EARNEST WELLS, EARNEST WELLS, Jr., SANDRA WELLS, and NINA TOWNES

CAME, Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC ("Movants") and moved this Court for an Order permitting their withdraw from representation and relief from any further responsibility for the Defendants, Worldwide Mortgage Corporation, Home Tech Services Co., Inc., Equity Savings Corp., Earnest Wells, Earnest Wells, Jr., Sandra Wells, and Nina Townes ("Defendants")..

THE MOTION IS WELL TAKEN.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/22/05_

THEREOFRE, IT IS ORDERED THAT Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC are released from representing Defendants, Worldwide Mortgage Corporation, Home Tech Services Co., Inc., Equity Savings Corp., Earnest Wells, Earnest Wells, Jr., Sandra Wells, and Nina Townes ("Defendants") and they are relieved of any future obligation in this matter.

Dated this 21 day of December, 2005.

Judge: _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CV-02575 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Patrick Ryan Beckett
BUTTER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Kristina Woo
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

William B. Walk
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Eric Sargent
8617 Cedar Crest Lane
Olive Branch, MS 38654

Honorable Bernice Donald
US DISTRICT COURT